**DriveTime**

Buyer: Essie Hopkins

Buyer Signature: _____

**WAUKEGAN**
500 S GREEN BAY RD
WAUKEGAN, IL 60085 - 6004

Co-Buyer Signature: _____

Phone: (847) 672-0060 www.drivetime.com

Printed By: Kristopher Miller   Date: 09/16/2019 4:13 pm

**Buy Option For:**

Offer Valid Through 09/24/2019

## 2015 Chevrolet Malibu LS 4dr Sedan



| Miles: | 64257 | Ext. Color: | White |
|---|---|---|---|
| Fuel Type: | Gas | Int Color: | Gray |
| Engine: | 4 cyl | Drive Train: | FWD |
| Transmission: | Auto | Capacity: | 5 |

36 HWY / 25 CITY   Vin: 1G11B5SL6FU129664   Stock #: 1670013927

### Financing Details

| | Vehicle Only | Selected Products | DriveCare Only |
|---|---|---|---|
| Vehicle Sales Price | $12,195.00 | $12,195.00 | $12,195.00 |
| Optional Products | $0.00 | $5,285.00 | $3,555.00 |
| SilverRock Included 30 Day Limited Warranty | | $0.00 | $0.00 |
| SilverRock DriveCare Powertrain Protection Plan 5 yrs or 50,000 miles | | $3,555.00 | $3,555.00 |
| SilverRock GAP Coverage | | $1,035.00 | |
| MotionGPS (3 yrs) plus SilverRock Warranty | | $695.00 | |
| Taxes ** | $866.24 | $866.24 | $866.24 |
| Fees ** | $430.81 | $430.81 | $430.81 |
| Total Down | $1,000.00 | $1,000.00 | $1,000.00 |
| Amount Financed | $12,492.05 | $17,777.05 | $16,047.05 |
| APR | 23.555% | 23.555% | 23.555% |
| Number of Payments | 89 | 152 | 133 |

** Prices may vary.
° Denotes override changes have been applied.

### Buy Option Summary - ID: 5739444

| | Vehicle Only | Selected Products | DriveCare Only |
|---|---|---|---|
| Bi-Weekly Payment | $205.31 | $215.97 | $208.24 |
| Loan Term | 41 | 70 | 61 |
| Total Down | $1,000.00 | $1,000.00 | $1,000.00 |
| First Payment Date | | 10/04/2019 | |

### What to Bring

- ✓ Valid Driver's License
- ✓ Proof of Income (latest paystub)
- ✓ Proof of Insurance
- ✓ Proof of Residency (utility bill, lease, etc)



Kelley Blue Book® Fair Market Range: $10,784 - $12,775
Dealer Sales Price: $12,195

ⓘ Important Info & Definitions

Kelley Blue Book info valid for ZIP Code 60085 through 09/16/2019

THIS PURCHASE OPTION IS AN ESTIMATE ONLY AND SUBJECT TO CHANGE.
THE CONTRACT IS YOUR FINAL AGREEMENT.

EXHIBIT A